McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
SHEILA K. OBERTO
Assistant U.S. Attorneys
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

FILED

OCT 11 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                ) SW-F 1: 05SW 00275 LJO
                                 )
                                 ) ORDER TO UNSEAL SEARCH WARRANT
                                 ) AFFIDAVIT AND WARRANT
2911 E. HUNTINGTON BLVD. APT. 115 )
FRESNO, CALIFORNIA 93721         )
                                 )
                                 )
_____)

The search warrant affidavit in this case having been sealed by Order of this Court on September 19, 2005, and it appearing that the affidavit and warrant are not required to remain secret based upon the motion submitted by the government,

IT IS HEREBY ORDERED that the search warrant affidavit and warrant be unsealed and made public record.

DATED: October 6, 2005        _____
                              UNITED STATES MAGISTRATE JUDGE

3